ORIGINAL DS131646

Case 3:21-cv-01240-X-BH   Document 3   Filed 05/28/21   Page 1 of 8   PageID 5

3-21CV1240-X

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 MAY 28 PM 2:19

DEPUTY CLERK_____ MW

CAUSE NO. _____

| | | |
|---|---|---|
| **SHIRLEY WALKER-KING** | § | IN THE US NORTHERN |
| **Plaintiff** | § | DISTRICT COURT |
| | § | |
| v. | § | DALLAS, TEXAS |
| | § | |
| **WAGEWORKS INC.** | § | US JUDICIAL DISTRICT |
| **Defendant** | § | |

## PLAINTIFF'S ORIGINAL PETITION

**TO THE HONORABLE JUDGE OF THIS COURT:**

**COMES NOW** Shirley Walker-King, hereinafter "Plaintiff," and files this petition complaining of the City of Northern Texas, and specifically WAGEWORKS INC., hereinafter "Defendant," and in support respectfully shows unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1. Plaintiff intends that discovery be conducted under Discovery Level 2

### PARTIES AND SERVICE

2. Plaintiff is an African American female of more than fifty years of age with a disability, 345 whose address is 1918 Garrison Way, Garland, TX 75040. The last three numbers of Plaintiff's social security number are 920.

3. Defendant is a municipality located at 4609 Regent Blvd, IRVING, TX 75063 where the Defendant may be served by stated address above, certified mail, return receipt requested in accordance with Section 17.024 of the Texas Civil Practice and Remedies Code.

## JURISDICTION AND VENUE

4. The subject matter in controversy exceeds the jurisdictional minimum of this Court.

5. Jurisdiction and Venue in Northern Texas District Court is proper in this cause pursuant to Middle, Tennessee, District Court Bishop vs. Woodbury, April 10, 2010.

## STATEMENT OF FACTS

6. Plaintiff worked for WAGEWORKS INC. June 2017-November 5, 2018 when she was terminated from her Relationship Manager II position. Plaintiff has an excellent performance history, including positive yearly performance reviews and numerous accolades.

7. Plaintiff was one of the few African American women in the workplace with the majority of her coworkers and upper management being predominately white men and women.

8. Plaintiff was denied the opportunity to apply for an internal transfer, although a white female coworker, Pam Staskus was not. Pam Staskus was later promoted to a Relationship Manager III position, while Plaintiff was refused the opportunity for growth and advancement.

9. Plaintiff took a FMLA Short Term Disability medical leave of absence, instructed by the doctor to treat excessive work-related stress and anxiety from June 2018-September 2018.

10. Plaintiff reported a third-party client for inappropriate behavior, falsification and HIPPA violations.

11. The defendant, WAGEWORKS INC. harassed the plaintiff verbally, all while being well aware of the plaintiff's dyslexia by stating "my … year old could've caught that error" in front of an audience of approximately 8-10 individuals from within the department.

12. Plaintiff was harassed by management from WAGEWORKS INC. when management stated, "people with short term disability aren't strong enough to be managers." Pam Staskus told Plaintiff a different manager also told her this on a previous occasion.

13. Plaintiff notified Jan Black, Benefits Analyst and Matt Tomme, Human Resources Generalists II on September 20, 2018 about filing a EEOC complaint and outside mediation would be sought. At that time, Plaintiff had a anxiety attach and was

referred to a newly hired, Senior Director of Human Resources, Kathy Jackson for discriminatory, hostile work environment, harassment and retaliation concerns.

14. Plaintiff Darla Rosenfeld, attempted to disapprove time off, while other white employees were approved. The plaintiff Darla had already approved time and was retaliating against me because no other employees were subject to this kind of discriminatory treatment.

15. While Plaintiff was on an approved leave for vacation, Plaintiff was harassed to complete cases and then was threatened her job was at risk if she attempted to make a complaint.

16. Plaintiff was written up for caseload incompletion even though white coworker, Luis Feinstein affirmed he did not complete his work and falsely closed cases to keep up appearances; he was not held accountable nor written up for his actions. Plaintiff completed her assigned caseload by department standards and according to my book of business; Plaintiff book of business was more than all other 8 HR persons as well as Plaintiff was given Relationship Manager III "senior accounts" without additional pay. The workload was not balanced in reference to others.  Plaintiff had 11 Clients in her a Book of Business with 1 client (Four Seasons) having over 40 locations while other employees of the same grade had a solid 11 Clients in their Book of Business. The plaintiff had an impossible workload, therefore such discriminatory practices and unfair treatment and hostile work environment and harassment is extremely discriminatory towards the plaintiff.

17. Plaintiff was denied assistance from Account Manager assigned to assist with casework after Plaintiff recommended additional training for her and her immediately supervisor while other white men and women coworkers were not given same stipulations.

18. Plaintiffs immediate supervisor Darla Rosenfeld referenced Plaintiff as the Black Bear in her neighborhood that would not go away.

19. Plaintiff initially filed #450A2019800063 on October 26, 2018 with EEOC Dallas office-based harassment, hostile work environment and whistleblowing. Plaintiff was told by EEOC Intake Officers to wait to see if she was fired.

20. Plaintiff was left off a department wide email and not included in company activities in June 2018.

## CAUSE OF ACTION

a   Defendant violated Section 704(a) of Title VII of the Civil Rights Act of 1964 and Section 503(a) of the Americans with Disabilities Act of 1990 by discriminating against the Plaintiff, their employee, by discharging the Plaintiff from her employment due to the position being eliminated, censoring the basis of race, disability and retaliation.

## DAMAGES

22. Plaintiff seeks compensatory damages in an amount consistent with Chapter 21 of the Texas Labor Code of a defendant with more than 500 employees, including damages for lost back pay, future wages, pain and suffering, mental anguish, and loss of enjoyment of daily life.

23. Plaintiff seeks reasonable attorney's fees, court costs, expert fees reasonably incurred, and pre- and post-judgment interest at the maximum rate allowed, as permitted by Chapter 21 of the Texas Labor Code.

24. Plaintiff seeks equitable relief in the form of an injunction prohibiting Defendant from engaging in the unlawful employment practice and other additional equitable relief as may be appropriate including, but not limited to, upgrading or promoting Plaintiff to a higher rank with back pay for the maximum period allowed under Chapter 21 of the Texas Labor Code.

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

## PRAYER FOR RELIEF

**THEREFORE,** Plaintiff Shirley Walker-King respectfully requests that Defendant be cited to appear and answer, and that on trial Plaintiff be awarded:

1. Judgment against Defendant for damages in an amount within the jurisdictional limits of Court and in accordance with the damages described herein;

2. Pre- and post-judgment interest on that amount at the maximum legal rate;

3. Reasonable attorney's fees, expert fees, and court costs; and

4. Equitable remedy within the Court's power; and

5. Any other relief to which Plaintiff may be entitled.

6. Plaintiff request reasonable damages in the amount of $250,000 as a relief.

Respectfully submitted,

/s/ *Shirley Walker-King*

Shirley Walker-King

Date: May 24, 2021

## Certificate of Service

I, certify that on May 24, 2021 a true and correct copy of the above document was served on the Northern District of Texas, through its WAGEWORKS INC. location at 4609 Regent Blvd, Irving, TX 75063 by United States certified mail with return receipt requested.

/s/ *Shirley Walker-King*

Shirley Walker-King
1918 Garrison Way
Garland, TX 75040
Phone: (214) 402-5456
Email: swalkerking@yahoo.com

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

RECEIVED
MAY 28 2021
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## I. (a) PLAINTIFFS
Shirley Walker-King

### DEFENDANTS
WAGEWORKS INC.

**(b)** County of Residence of First Listed Plaintiff: **Dallas County, Texas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Dallas Texas**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Prose

Attorneys *(If Known)*
DENTONS US LLP
1530 Page Mill Road Suite 200 Palo Alto, CA 94304-1125

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander |  | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability |  | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine |  | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** |  | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud |  | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | **LABOR** |  | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice / [ ] 385 Property Damage Product Liability | [ ] 720 Labor/Management Relations | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise |  | [ ] 740 Railway Labor Act | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 751 Family and Medical Leave Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights / **Habeas Corpus:** | [ ] 790 Other Labor Litigation | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 220 Foreclosure | [ ] 441 Voting / [ ] 463 Alien Detainee | [ ] 791 Employee Retirement Income Security Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [X] 442 Employment / [ ] 510 Motions to Vacate Sentence |  |  | [ ] 895 Freedom of Information Act |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations / [ ] 530 General |  | **FEDERAL TAX SUITS** | [ ] 896 Arbitration |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 535 Death Penalty |  | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 290 All Other Real Property |  | **Other:** | [ ] 871 IRS—Third Party 26 USC 7609 |  |
|  | [ ] 446 Amer. w/Disabilities - Other / [ ] 540 Mandamus & Other | [ ] 462 Naturalization Application |  | [ ] 950 Constitutionality of State Statutes |
|  |  | [ ] 465 Other Immigration Actions |  |  |
|  | [ ] 448 Education / [ ] 550 Civil Rights |  |  |  |
|  | [ ] 555 Prison Condition |  |  |  |
|  | [ ] 560 Civil Detainee - Conditions of Confinement |  |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Discrimination based on Race, Disability, Retaliation, Whistle Blowing, Hostile Work Environment and Harassment
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $250,000
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE: 28 May 2021
SIGNATURE OF ATTORNEY OF RECORD: Shirley Walker-King - Prose *(signed)*

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____